# MEMORANDA

Cases Decided During the Period Embraced in this Volume, Which are Ordered not to be Reported in Full.

---

## Terrell v. The State.

Appeal from Montgomery City Court.

Tried before the Hon. A. D. Sayre.

No counsel marked as appearing for appellant.

William C. Fitts, Attorney-general, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the first degree and sentenced to be hanged. On this appeal there was no bill of exceptions, and no point reserved, and the judgment of conviction was affirmed.

Opinion Per Curiam.

---

## Ellington v. The State.

Appeal from the Macon Circuit Court.

Tried before the Hon. John R. Tyson.

No counsel marked as appearing for appellant.

William C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. No exceptions were reserved to the ad-

mission. or exclusion of· evidence. The bill of exceptions states with reference to defendant's evidence "that this was about all of the evidence introduced by defendant." The court holds that "about" is entirely too indefinite when used in a bill of exceptions with reference to the evidence introduced.—*Arnold v. A. G. S. R. R. Co.*, 84 Ala. 159.

There was no exception reserved to the refusal of the court to instruct the jury as requested. The provisions of the statute (Acts, 1894-95, p. 126), providing .that an·exception by the opposite party shall be presumed to charges given or refused, are available for the purpose of requiring a review of the rulings of the lower court, provided the actions and rulings of the .court are assigned as error. In this case there are no assignments of error, therefore the ruling will not be reviewed.—*Alston v. State*, 109 Ala. 51; *Wesson v. State*, .109 Ala. 61. The judgment is affirmed.

Opinion by COLEMAN, J.

---

# Ellington v. The State.

APPEAL from Macon Circuit Court.

Tried before the Hon. JOHN R. TYSON.

No counsel marked as appearing for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. The only question presented on the present appeal was the court's refusal to give two charges requested by the defendant, which the court holds most clearly invaded the province of the jury.

The judgment is affirmed.

. Opinion by HEAD, J.